NO. 07-05-0198-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JUNE 30, 2005
_____

DEBRA LEE JONES,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 181st DISTRICT COURT OF RANDALL COUNTY;

NO. 15,927-B; HON. JOHN B. BOARD, PRESIDING
_____

***ON MOTION TO DISMISS***

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant Debra Lee Jones, by and through her attorney, has filed a motion to dismiss this appeal because she no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice

Do not publish.